# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person, property, or object to be tracked )*<br><br>a maroon 2011 Kia Sportage bearing vehicle<br>identification number KNDPB7023991 and Wisconsin<br>license plate AAW-4059 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 23-828M(NJ)

## TRACKING WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☑ is located in this district; ☐ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☐ other: _____ .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐ using the object        ☑ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☐ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by     1/23/2023     *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until     2/27/2023     *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☐ into the vehicle described above        ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*     Magistrate Judge Nancy Joseph     and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☑ for     30     days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     1/13/2023 @ 11:59 a.m.     _____
*Judge's signature*

City and state:     Milwaukee, Wisconsin     Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

Case No.

## Return of Tracking Warrant With Installation

1.  Date and time tracking device installed: _____

2.  Dates and times tracking device maintained: _____

3.  Date and time tracking device removed: _____

4.  The tracking device was used from *(date and time)*: _____

    to *(date and time)*: _____ .

## Return of Tracking Warrant Without Installation

1.  Date warrant executed: _____

2.  The tracking information was obtained from *(date and time)*: _____

    to *(date and time)*: _____ .

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe*<br>*the object or property to be used for tracking)*<br>a maroon 2011 Kia Sportage bearing vehicle<br>identification number KNDPB7023991 and Wisconsin<br>license plate AAW-4059 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   23-828M(NJ)

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of

__21__  U.S.C. § 841, 843, 846 . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ property designed for use, intended for use, or used in committing a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☐ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:

☐ Delayed notice of  __30__  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

PATRICK COE

Digitally signed by PATRICK COE
Date: 2023.01.12 17:04:20 -06'00'

*Applicant's signature*

Patrick Coe, Task Force Officer (DEA)

*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date:  __1/13/2023__

*Judge's signature*

City and state:  __Milwaukee, Wisconsin__

Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Patrick Coe, being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 to authorize law enforcement to install and monitor an electronic tracking device to determine the location of a maroon 2011 Kia Sportage bearing vehicle identification number KNDPB7023991 and Wisconsin license plate AAW-4059 ("subject vehicle"), listed to Solymar Puigdollers-Gonzalez at 3633 West National Avenue, Milwaukee, Wisconsin 53215.

2.      On April 29, 2022, the Honorable Stephen C. Dries, issued a warrant to track the location of the subject vehicle for 45 days in Case No. 22-M-448.

3.      I am a Task Force Officer with the Drug Enforcement Administration and have been since November 2020. I have been an officer with the Milwaukee Police Department for approximately 12 years. I am involved primarily in the investigation of large-scale drug traffickers operating not only in the City of Milwaukee and the State of Wisconsin, but also throughout the United States.

4.      I have participated in the investigation of narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, United States currency, and other evidence of criminal activity. As a narcotics investigator, I have interviewed many individuals involved in drug trafficking and have obtained information from them regarding the acquisition, sale, importation, manufacture, and distribution of controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology used by the traffickers and abusers of controlled

substances. I have participated in all aspects of drug investigations, including physical surveillance, execution of search warrants, undercover transactions, analysis of phone and financial records, and arrests of numerous drug traffickers. I have been the affiant on many search warrants. I have also spoken on numerous occasions with other experienced narcotics investigators, both foreign and domestic, concerning the methods and practices of drug traffickers and money launderers. Furthermore, I have attended training courses, which specialized in the investigation of drug trafficking and money laundering. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with the methods used by drug traffickers to manufacture, smuggle, safeguard, and distribute narcotics, and to collect and launder trafficking-derived proceeds. I am further aware of the methods employed by major narcotics organizations to thwart any investigation of their illegal activities.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, have been committed, are being committed, and will be committed by Jonathan RENTAS-ESPADA (DOB: 03/02/1992), Cesar O. DELGADO-POMALES (DOB: 06/02/1992), Solymar PUIGDOLLERS-GONZALEZ (DOB: 11/25/1999), Lizander RIVERA-GONZALEZ (DOB: 12/25/2004), Dan SANCHEZ-RIVERA (DOB: 04/14/2004), and Jesus M. QUINONES-CARRASQUILLO (DOB: 08/29/1998). There is also probable cause to believe that the location of the subject vehicle will constitute evidence of those criminal violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

**PROBABLE CAUSE**

8. The United States, including the Drug Enforcement Administration, is conducting a criminal investigation of Jonathan RENTAS-ESPADA and others (ESPADA-DTO), regarding possible violations of 21 U.S.C. §§ 846, 841(a)(1), and 843(b).

9. In November 2021, case agents conducted a debrief of a confidential source (CS-1)[1], who stated that he/she knows a subject as "Forty" or "40" who sells large quantities of cocaine

---

[1] For several reasons, case agents believe CS-1 is reliable and credible. Substantial parts of CS-1's information have been independently corroborated and verified by law enforcement, and the information provided by CS-1 is consistent

and heroin in the Milwaukee area. CS-1 provided the "Facebook" profile name of "Nahtanoj Satner," showing case agents photographs of the subject they know as "Forty."

10. Case agents conducted a search of multiple law enforcement databases and social media profiles and discovered that the name "Nahtanoj Satner" is Jonathan Rentas spelled backwards. Case agents conducted a search of the Milwaukee Police Department's booking database and located a subject by the name of Jonathan RENTAS-ESPADA (DOB: 03/02/1992). Case agents compared a booking photograph of RENTAS-ESPADA to the Facebook profile "Nahtanoj Satner" and positively identified RENTAS-ESPADA as the subject that CS-1 described. Case agents showed CS-1 a series of photographs including RENTAS-ESPADA's booking photograph, and CS-1 positively identified RENTAS-ESPADA as "Forty."

11. CS-1 stated that he/she knows that RENTAS-ESPADA frequently travels to Puerto Rico with large sums of United States currency. CS-1 believes that RENTAS-ESPADA exchanges the money for kilograms of cocaine that are later shipped via the United States Postal Service (USPS) to Milwaukee. CS-1 stated that RENTAS-ESPADA asked him/her to travel with RENTAS-ESPADA for that purpose on more than one occasion. CS-1 believes that after RENTAS-ESPADA receives the parcel with the kilogram of cocaine in the mail, RENTAS-ESPADA then breaks the pressed kilogram down to smaller amounts and distributes those drugs throughout the Milwaukee area.

---

with evidence obtained elsewhere in this investigation. Additionally, CS-1 has made statements against his/her penal interest related to his/her direct involvement in illegal activity, including drug trafficking in the Milwaukee area. CS-1 has also provided information about wanted subjects in the Milwaukee area. Case agents confirmed that those subjects were, in fact, wanted through law enforcement databases and information from other law enforcement officers. CS-1 has provided information about several subjects in the Milwaukee area who are involved in narcotics trafficking. I have investigated those leads and confirmed that these subjects are involved in narcotics trafficking through undercover surveillance, such as observing hand-to-hand transactions. CS-1 has conducted multiple controlled buys of controlled substances which has led to the collection of valuable intelligence and seizure of controlled substances in the Milwaukee area. CS-1 has a criminal history that includes arrests and/or convictions for burglary, robbery, armed robbery, receiving stolen property, bail jumping, disorderly conduct, obstructing an officer, possession of controlled substances, traffic violations, trespass, retail theft, theft, weapons offenses, and firearms offenses. CS-1 is cooperating for prosecutorial and judicial consideration in connection with a pending case.

12.     After receiving this information, I solicited assistance from Special Agent Tyler Fink of the United States Postal Service's Office of Inspector General and the United States Postal Inspection Service. Case agents conducted surveillance and phone analysis to identify suspects involved with RENTAS-ESPADA. Case agents provided Special Agent Fink with a list of addresses and subjects suspected to be involved in the ESPADA Drug Trafficking Organization (ESPADA DTO). Special Agent Fink used this information along with information gathered from his databases to discover that several suspicious parcels were being delivered to several addresses. Special Agent Fink's training and experience led him to believe that several parcels were suspicious based on knowledge of this case, the size of the parcels, the origin of the parcels, the type of mail service, and the tracking of certain IP addresses.

13.     Based on the characteristics described above, Special Agent Fink located several suspicious parcels delivered or intended to be delivered to addresses associated with the ESPADA DTO on the following dates. (Some of those parcels are described in more detail below.) Suspicious parcels were delivered to 1418 West Hayes Avenue, Milwaukee, Wisconsin on August 23, 2021, November 3, 2021, and December 27, 2021. Suspicious parcels were delivered to 2930 North 1st Street, Milwaukee, Wisconsin on July 14, 2021, November 18, 2021, and December 9, 2021. A suspicious parcel was delivered to 2456 South 75th Street, West Allis, Wisconsin on December 23, 2021. Suspicious parcels were delivered to 2443 South 7th Street, Upper, Milwaukee, Wisconsin on January 18, 2022, February 9, 2022, March 15, 2022, and March 23, 2022. Suspicious parcels were delivered to 7020 West Grantosa Drive, Milwaukee, Wisconsin on January 21, 2022 and February 12, 2022. Suspicious parcels were delivered to 1916 South 30th Street, Milwaukee, Wisconsin on May 2, 2022 and May 26, 2022. A suspicious parcel was delivered to 4218 South 3rd Street, Milwaukee, Wisconsin on May 5, 2022. A suspicious parcel

was intended to be delivered to 3633 West National Avenue, Milwaukee, Wisconsin, but was seized on March 2, 2022.

14.     A check with the Wisconsin Department of Transportation revealed that RENTAS-ESPADA lists the address 2456 South 75th Street, West Allis, Wisconsin as his registered address. Case agents have conducted surveillance several times at that address and observed that RENTAS-ESPADA parks several of his vehicles behind the address. During surveillance, case agents have observed RENTAS-ESPADA enter and exit this residence on several occasions.

15.     On February 9, 2022, Special Agent Fink notified case agents that a suspicious parcel was being delivered to the upper unit of 2443 South 7th Street, Milwaukee, Wisconsin. Case agents conducted surveillance at the address. At approximately 11:10 a.m., case agents observed the United States Postal Service deliver the parcel to 2443 South 7th Street, Milwaukee, Wisconsin. The USPS letter carrier placed the white cardboard box at the front door to the address between the screen door and main door and left. At 11:45 a.m.., case agents observed a subject tentatively identified as Cesar Omar DELGADO-POMALES (DOB: 06/02/1992), emerge from the gangway on the south side of the residence at 2443 South 7th Street, Milwaukee, Wisconsin. DELGADO-POMALES checked the mailbox labeled "2443 UPPER" then proceeded to open the screen door and take the parcel. Case agents photographed DELGADO-POMALES as he took the parcel in his hands. DELGADO-POMALES then proceeded back into the gangway. DELGADO-POMALES was identified by the distinct flower tattoo on his left hand. This tattoo was captured through the photographs taken by case agents as DELGADO-POMALES handled the parcel.  The same tattoo was observed in a photograph of DELGADO-POMALES on Facebook. Case agents also observed RENTAS-ESPADA's 2013 Mercedes Benz (WI: AKC-7311) (VIN: WDDGJ4HB0DF962431), listing to a Jonathan RENTAS ESPADA (DOB: 03/02/1992) (WI-DL:

R5324209208206) at the address 2456 South 75th Street, West Allis, Wisconsin, driving in the area and later parking being the address 2443 South 7th Street, Milwaukee, Wisconsin.

16. On February 12, 2022, Special Agent Fink notified case agents of a suspicious parcel being delivered to the address 7020 West Grantosa Drive, Milwaukee, Wisconsin. Case agents established surveillance at the residence. At approximately 1:10 p.m., case agents observed a United States Postal Service letter carrier drive to the address 7020 West Grantosa Drive and knock on the front door with no answer. At approximately 1:20 p.m., case agents observed a maroon Kia Sportage (WI: AAW-4059)—the subject vehicle—driving around the block in the area. Case agents observed the maroon Kia stop in front of the residence at 7020 West Grantosa Drive with a male driver, which case agents suspected to be RENTAS-ESPADA, but were unable to positively identify the driver due to darkly-tinted windows, along with a passenger. Case agents observed a subject, later identified as Solymar PUIGDOLLER-GONZALEZ, exit the passenger door of the vehicle leaving the door open, walk to the address 7020 West Grantosa Drive, walk back to the vehicle, and sit down before the vehicle drove away from the location. A check with the Wisconsin Department of Transportation revealed that the subject vehicle—the maroon Kia Sportage (WI: AAW-4059)—lists to a Solymar PUIGDOLLERS-GONZALEZ with a date of birth of November 25, 1999 at the address 3633 West National Avenue, Milwaukee, Wisconsin, along with Teresa GONZALEZ-RIVERA with a date of birth of April 27, 1977 at the address 3633 West National Avenue, Apartment 1, Milwaukee, Wisconsin. The maroon Kia—the subject vehicle— has been observed during surveillance on several occasions behind the address 2456 South 75th Street, West Allis, Wisconsin—RENTAS-ESPADA's address.

17. On March 2, 2022, Special Agent Fink notified case agents of a suspicious parcel being delivered to the address 3633 West National Avenue, Milwaukee, Wisconsin—

PUIGDOLLER-GONZALEZ's address. Special Agent Fink intercepted this parcel before delivery. The Honorable William E. Duffin, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant authorizing a search and seizure of the contents of that parcel in Case No. 22-MJ-003. Case agents searched the parcel and found a white brick-like substance pressed in a vacuum-sealed bag with a "LV" stamp on the brick, similar to the font used by the "Louis Vuitton" logo. The white brick was wrapped in several other materials to attempt to disguise the parcel. The substance field tested positive for cocaine with an approximate weight of 1015.9 grams.

18.    Postal inspectors informed investigators of several more suspicious parcels delivered from Puerto Rico to Milwaukee at addresses known to be associated with RENTAS-ESPADA or members of the ESPADA DTO.

19.    During these parcel deliveries, case agents conducted undercover surveillance of each parcel. During surveillance, case agents observed RENTAS-ESPADA and other members of the ESPADA DTO at each parcel delivery and pick up. Investigators observed RENTAS-ESPADA or members of the ESPADA DTO retrieve the suspicious parcel on each occasion. Those subjects include Jonathan RENTAS-ESPADA, Cesar O. DELGADO-POMALES, Solymar PUIGDOLLERS-GONZALEZ, Lizander RIVERA-GONZALEZ (DOB: 12/25/2004), Dan SANCHEZ-RIVERA (DOB: 04/14/2004), and Jesus M. QUINONES-CARRASQUILLO (DOB: 08/29/1998). During these parcel deliveries, case agents also monitored and submitted administrative subpoenas to several phone numbers associated with members of the ESPADA DTO. Upon analyzing the phone data, case agents observed multiple phone numbers based in Puerto Rico, including 787-216-7378 and 787-528-2693, consistently in contact with RENTAS-ESPADA when a parcel was delivered or scheduled for delivery.

20.     CS-1 stated that he/she observed RENTAS-ESPADA selling cocaine and heroin at a retail-level repeatedly during more than four hours in or about February 2022. CS-1 stated that he/she observed RENTAS-ESPADA operating four cellular phones, suggesting that RENTAS-ESPADA was using certain phones to stay in contact with certain customers. CS-1 suspects that RENTAS-ESPADA has a phone for his cocaine customers that is different from the phone for his heroin customers. Those numbers are also different than the phone RENTAS-ESPADA's family and friends would use. CS-1 also suspects that the last phone is for larger-level drug transactions. CS-1 stated that RENTAS-ESPADA provided him/her with the call number (414) 915-1579 and told him/her to contact him at that number if CS-1 needs anything.

21.     Case agents submitted an administrative subpoena for the call number (414) 915-1579 to the telephone service provider during the time periods of several parcel deliveries and observed that call number (414) 915-1579 was in contact with relevant phone numbers from Puerto Rico.

22.     On March 24, 2022, the Honorable William E. Duffin, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for information about the location of the cellular telephone assigned call number (414) 915-1579 related to an investigation of Jonathan Rentas-Espada in Case No. 22-MJ-62. On March 25, 2022, case agents began receiving information about the location of the cellular telephone assigned call number (414) 915-1579 from Sprint/T-Mobile. On March 28, 2022, however, Sprint/T-Mobile indicated that RENTAS-ESPADA dropped that call number, in that he stopped using that call number and Sprint/T-Mobile reported an "absent subscriber."

23.     CS-1 informed case agents that RENTAS-ESPADA will often discard or exchange phone numbers to evade law enforcement. Based on my training and experience, I know that drug

traffickers often use multiple phones and phone numbers and frequently change phone numbers to avoid law enforcement detection and prevent unwanted callers from contacting or locating them.

24.     Case agents analyzed telephone toll records associated with members and associates of the ESPADA DTO. In doing so, case agents identified phone number 414-269-7874. Case agents then conducted a telephone toll analysis comparing 414-269-7874 to RENTAS-ESPADA's prior call number 414-915-1579, which revealed that approximately 8 of the top 10 callers in contact with 414-915-1579 are also the top contacts for the 414-269-7874. The call number 414-269-7874 was also in contact with suspected drug traffickers in Puerto Rico—Kenneth Cruz using 787-216-7378 and Eliezer Ramirez using 787-528-2693. The subscriber information for 414-269-7874 also listed Jonathan RENTAS-ESPADA as the subscriber.

25.     On or about April 1, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for information about the location of the cellular telephone assigned call number (414) 269-7874. On or about April 29, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge of the Eastern District of Wisconsin, extended the monitoring period for information about the location of the cellular telephone assigned call number (414) 269-7874.

26.     Case agents began receiving location information for 414-269-7874 from Sprint/T-Mobile. With the assistance of the location information, case agents were able to conduct undercover surveillance of RENTAS-ESPADA on several occasions.

27.     On April 21, 2022, case agents observed that the location of call number 414-269-7874 was near RENTAS-ESPADA's home address located at 2456 South 75th Street, West Allis, Wisconsin. Case agents established surveillance of the residence. Case agents observed three vehicles parked in the back slab at the rear of the residence, a light blue Mercedes Benz (WI: AKC-

7311), a maroon Kia SUV (WI: AAW-4059)—the subject vehicle, and a black Honda Pilot (WI: ANG-9255). The Honda Pilot listed to Wilfredo MALDONADO-NIEVES (DOB: 06-08-1992) at the address 3224 West National Avenue, Unit 4, Milwaukee, Wisconsin.

28.     During surveillance, case agents observed RENTAS-ESPADA exit the rear of the residence located at 2456 South 75th Street, West Allis, Wisconsin, and get into the blue Mercedes. Investigators used the location information for 414-269-7874 to follow RENTAS-ESPADA from approximately 7:27 a.m. until approximately 8:37 a.m. During that time period, case agents observed RENTAS-ESPADA drive to several public locations and stop in a public area where investigators were able to surveil him. On seven occasions, case agents observed RENTAS-ESPADA park his vehicle and meet with another subject who sat in the passenger seat of RENTAS-ESPADA's vehicle for less than one minute then exited RENTAS-ESPADA's vehicle and left in a vehicle or on foot. RENTAS-ESPADA then drove back to his residence where he was observed exiting the blue Mercedes Benz and entering the black Honda Pilot. RENTAS-ESPADA drove away from the residence at approximately 8:45 a.m., and case agents continued to follow the Honda Pilot until approximately 9:14 a.m. Case agents observed RENTAS-ESPADA interact with five more unidentified people in the same short-term contact manner. Case agents stopped following RENTAS-ESPADA and conducted surveillance at the address 2443 South 7th Street, Milwaukee, Wisconsin. Investigators received information from CS-1 that RENTAS-ESPADA will often make street-level drug transactions throughout the day and replenish the diminishing supply of narcotics in his vehicle with a stash of cocaine stored at 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 9:51 a.m., case agents observed the black Honda Pilot drive to the address 2443 South 7th Street, Milwaukee, Wisconsin, park in the rear of the residence for approximately four minutes and drive away. Surveillance was then terminated.

29. On April 21, 2022, case agents received information that a suspicious parcel would be delivered on April 23, 2022 to the address 2443 South 7th Street, Milwaukee, Wisconsin. On April 23, 2022, investigators established undercover surveillance at the address 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 11:34 a.m., case agents observed the maroon Kia Sportage (WI: AAW-4059)—the subject vehicle—park at the rear of 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 11:36 a.m., case agents observed the suspicious parcel delivered to the address by a USPS mail carrier. That suspicious parcel was placed at the front door of the residence. At approximately 11:40 a.m., case agents observed the maroon Kia exit the alley and drive north bound in the 2400 block of South 7th Street at a normal speed. As the vehicle approached 2443 South 7th Street, the vehicle slowed down until it passed the location. As the maroon Kia passed the location, the vehicle sped back up and conducted a series of turns before parking behind 2443 South 7th Street. Case agents observed a person who they believed to be RENTAS-ESPADA exit the driver's door of the Kia SUV and walk toward the residence. Case agents then observed RENTAS-ESPADA emerge from the rear to the front of the residence. Case agents observed RENTAS-ESPADA pick up the package at the front of the house. Case agents observed RENTAS-ESAPDA then get back into his vehicle and drive away southbound in the alley. At 11:46 a.m., case agents checked the location information for the 414-269-7874 which showed that the RENTAS-ESPADA's phone was located in the 2400 block of South 7th Street at the time.

30. On April 29, 2022, the Honorable Stephen C. Dries, issued a warrant to track the location of the subject vehicle for 45 days in Case No. 22-M-448.

31. On May 11, 2022, case agents introduced an undercover officer to RENTAS-ESPADA as a customer. CS-1 planned to call RENTAS-ESPADA and tell him that he/she knew

of another customer that would like to purchase a half ounce of cocaine. The undercover officer would drive CS-1 to meet RENTAS-ESPADA at which time the undercover officer would purchase cocaine directly from RENTAS-ESPADA. CS-1 and the undercover officer met with case agents. CS-1 made a phone call to RENTAS-ESPADA on 414-269-7874 and told RENTAS-ESPADA that he wanted to introduce another customer. RENTAS-ESPADA informed CS-1 to meet at the El Rey Food Mart at the address 1320 West Burnham Street, Milwaukee, Wisconsin 53204.

32.     Case agents provided the undercover officer with a predetermined amount of money. The undercover officer drove CS-1 to the meet location. RENTAS-ESPADA was observed driving to the location shortly after the undercover officer. RENTAS-ESPADA walked to the undercover officer's vehicle and sat in the back-passenger's seat of the vehicle. RENTAS-ESPADA exchanged a clear plastic sandwich bag knotted off at the end and filled with a white, chunky powder for the predetermined amount of U.S. currency. RENTAS-ESPADA exited the undercover vehicle and walked back to his vehicle. The substance later field tested positive for cocaine and weighed 15.6 grams.

33.     On May 14, 2022, CS-1 called investigators and informed them that RENTAS-ESPADA called and asked CS-1 to fly on a commercial air flight to Puerto Rico within the upcoming days. CS-1 stated RENTAS-ESPADA wanted CS-1 to accompany him to assist with conducting business and potentially carrying money to sources in Puerto Rico. CS-1 was not able to accompany RENTAS-ESPADA on this trip, but RENTAS-ESPADA informed CS-1 that there would be other trips. Case agents used the pen-trap information for 414-269-7874 to confirm that several phone calls were exchanged between 414-269-7874 and CS-1's phone number. On May 28, 2022, case agents used the location information for 414-269-7874 and observed that RENTAS-

ESPADA traveled to Chicago O'Hare International Airport and later to San Juan, Puerto Rico.

34.    CS-1 informed case agents that RENTAS-ESPADA has a crew of approximately four identified subjects that are selling cocaine and heroin for RENTAS-ESPADA. CS-1 stated that the leader of the smaller group is a subject identified as Amaury ALVAREZ-SOSTRE (DOB: 12/02/1998). CS-1 stated that RENTAS-ESPADA will travel to ALVAREZ-SOSTRE's residence at 1815 West Becher Street, Milwaukee, Wisconsin to pick up U.S. currency on a daily basis. Case agents conducted undercover surveillance at the residence 1815 West Becher Street, and observed RENTAS-ESPADA driving a blue Mercedes Benz (WI: AKC-7311) to the rear of the residence. Case agents observed ALVAREZ-SOSTRE walk from the gangway of the residence to the vehicle. ALVAREZ-SOSTRE sat in the passenger's side of the vehicle for approximately three minutes and exited the vehicle then walked back into the gangway of the residence. This short-term contact is consistent with CS-1's description of an exchange of drug proceeds between ALVAREZ-SOSTRE and RENTAS-ESPADA.

35.    On August 22, 2022, police officers of the Milwaukee Police Department conducted a traffic stop on a black BMW X3 bearing Wisconsin registration plate APW-5835 (listing to a 2001 Toyota RAV4 with a registered owner of Jhenssell O. PACHECO-RIVERA (DOB: 06/13/1998) at the address 1916 South 30th Street, Milwaukee, Wisconsin). Investigators observed Lizander RIVERA-GONZALEZ as the operator of this vehicle more than 10 times in June 2022 and August 2022.

36.    On August 22, 2022, RENTAS-ESPADA was the driver of the vehicle. ALVAREZ-SOSTRE was in the front passenger seat, and Joel A. LOPEZ (DOB: 12/10/2000) was in the rear passenger seat. ALVAREZ-SOSTRE was found in possession of one clear plastic bag containing approximately 28.03 grams of suspected cocaine, a second clear plastic sandwich bag

containing 38 separate corner cut bags of suspected cocaine, and a third clear plastic sandwich bag containing 20 separate clear plastic corner cut bags of suspected cocaine. The total weight of the substances is 33.79 grams, and the substances field tested positive for cocaine. Inside of the vehicle, officers located over $1,000 of U.S. currency in various small denominations. Both RENTAS-ESPADA and ALVAREZ-SOSTRE were in possession of three to four cellular phones each. ALVAREZ-SOSTRE has been charged with possession with intent to deliver cocaine in Milwaukee County Case No. 2022CF003401.

37.     After ALVAREZ-SOSTRE's arrest, case agents conducted an interview of CS-1, who informed case agents that CS-1 spoke with both ALVAREZ-SOSTRE and RENTAS-ESPADA. CS-1 stated that RENTAS-ESPADA booked an airplane flight to Puerto Rico to leave on August 23, 2022—the day after the traffic stop. CS-1 stated that RENTAS-ESPADA is attempting to evade law enforcement attention by traveling to Puerto Rico. CS-1 suspects that RENTAS-ESPADA is also afraid that ALVAREZ- SOSTRE might have discussed RENTAS-ESPADA's involvement in the drug trade with law enforcement. CS-1 stated that RENTAS-ESPADA is also conducting business while in Puerto Rico and will likely receive shipments of cocaine upon his return. CS-1 stated that RENTAS-ESPADA will likely use individuals already established within the drug trafficking organization, other than ALVAREZ-SOSTRE in the Milwaukee area to continue his business.

38.     CS-1 identified Lizander RIVERA-GONZALEZ as a member of the ESPADA-DTO. CS-1 stated that RIVERA-GONZALEZ is the brother of RENTAS-ESPADA's girlfriend, Solymar PUIGDOLLERS-GONZALEZ. CS-1 stated that CS-1 knows that RIVERA-GONZALEZ lives at the address 3633 West National Avenue, Milwaukee Wisconsin 53215 along with PUIGDOLLERS-GONZALEZ. CS-1 stated that they know RIVERA-GONZALEZ sells

cocaine and heroin for the ESPADA DTO because RIVERA-GONZALEZ has disclosed such information to him/her. CS-1 stated that RIVERA-GONZALEZ uses vehicles to sell narcotics. CS-1 stated that much like RENTAS-ESPADA, RIVERA-GONZALEZ will drive to meet customers and conduct drug sales out of the vehicles he is using. CS-1 stated that RIVERA-GONZALEZ has been known to use the aforementioned black BMW X3, the maroon Kia Sportage (WI: AAW-4059)—the subject vehicle, as well other vehicles.

39.     Investigators have conducted undercover surveillance on the ESPADA DTO over the last 12 months and has observed RIVERA-GONZALEZ playing a significant role in the drug trafficking organization. RIVERA-GONZALEZ has been identified during several parcel deliveries conducting counter surveillance, facilitating the retrieval of the parcels, and also receiving parcels. Investigators have observed RIVERA-GONZALEZ conduct a hand-to-hand from vehicles consistent with drug transactions on multiple occasions.

40.     On January 4, 2023, investigators conducted surveillance at addresses known to be used by the ESPADA DTO. Investigators were in the area of 2443 South 7th Street, Milwaukee Wisconsin—the residence of Cesar DELGADO-POMALES and a "stash house" of the ESPADA DTO. CS-1 informed investigators that RENTAS-ESPADA houses cocaine at the residence and that "drug runners" go to the residence throughout the day as they sell and deplete their supply of drugs. CS-1 stated that drug runners will exchange money for more drugs with DELGADO-POMALES at the residence. CS-1 stated that they were with RENTAS-ESPADA while he was selling cocaine and heroin one an occasion. CS-1 stated that RENTAS-ESPADA ran out of cocaine and drove 2443 South 7th Street, Milwaukee Wisconsin, where he retrieved more cocaine to sell to customers. Investigators have a pole camera facing the rear slab of 2443 South 7th Street. Investigators have observed known associates of the ESPADA-DTO park in the alley behind the

residence and walk in the direction of the house. Those subjects are later observed walking away from the residence and driving away within the next five minutes initially stopping. Based on CS-1 information, investigators suspected that those subjects/runners might have been replenishing their diminished drug supply. On Wednesday, 01-04-2023, Investigators observed a maroon Kia Sportage bearing Wisconsin registration plate AAW-4059—the subject vehicle—driven by RIVERA-GONZALEZ leaving the alley behind 2443 South 7th Street. Investigators did not have a large amount of resources, so were only able to follow the subject vehicle for approximately 15 minutes. Investigators observed RIVERA-GONZALEZ make a series of turns throughout Milwaukee streets and alleys. At approximately 11:07 a.m., investigators observed the subject vehicle stopped in the alley in the vicinity of 2217 South 15th Place, Milwaukee, Wisconsin. The subject vehicle exited the alley within approximately one to two minutes. Investigators observed the Kia drive to the area of South 18th Street between West Mitchell Street and West Burnham Street and stop for a few minutes, before traveling north on South 18th Street and east on West Mitchell Street and then south on South 17th street. At approximately 11:13 a.m., investigators drove onto West Mitchell Street and passed South 17th Street, where investigators observed the Kia stopped in the middle of the street and observed a disheveled White or Hispanic adult male wearing a blue hoodie and black jacket close the door and walk away from the passenger side of the vehicle. The observations, couple with previous knowledge and CS-1's information, raised suspicions with investigators who suspected that RIVERA-GONZALEZ might have been conducting drug transactions with multiple short-term contacts with several individuals.

41.     On January 5, 2023, investigators established surveillance at 3633 West National Avenue, Milwaukee, Wisconsin 53215. Investigators observed the parking lights of the maroon Kia—the subject vehicle—flash several times. Moments later, RIVERA-GONZALEZ walked on

the east side of the residence and entered the maroon Kia Sportage. Investigators observed the lights of the Kia turn on and the Kia drive east through the alley. Investigators observed the Kia exit onto South 36th Street and proceed southbound making a series or turns through Milwaukee streets stopping in the driveway of 1743 South 19th Street, Milwaukee, Wisconsin—a residence used by Amaury ALVAREZ-SOSTRE. Investigators observed a larger Hispanic Male wearing a bright blue/purple sweatshirt standing at the driver side door of the Kia and shortly thereafter walking away. Moments later, the Kia departed the driveway and drove north on South 19th Street. Investigators lost sight of the subject vehicle for a moment but shortly after observed it in the area of South 15th Street and West Grant Street. Investigators followed the Kia into an alley between South 6th and 7th Streets and West Orchard Street and Lapham Boulevard where it parked in the alley. Investigators observed a white adult male wearing a dark mechanics suit walk to the passenger side of the vehicle and met with the RIVERA-GONZALEZ for approximately 30 to 60 seconds. The subject then exited the vehicle and walked south in the alley. Investigators then observed a dark Jeep driven by an older Hispanic male while on the phone. The Jeep drove southbound in the alley between South 6th and 7th Streets and parked behind the Kia. The driver exited his Jeep and walked to the passenger side of the Kia and met with RIVERA-GONZALEZ for less than a minute then returned to the jeep and drove southbound in the alley—consistent with a hand-to-hand drug transaction.

42.     The Kia then immediately drove away from the location making a series of turns through Milwaukee streets and alleys coming to a stop in the alley between South 12th and 13th Streets, north on West Lapham Boulevard, and south of West Orchard Street. Investigators then observed a male wearing a jacket walk through the alley and approach the passenger side of the vehicle. Investigators watched the male enter the passenger seat of the Kia and remain in the

vehicle for less than a minute before departing. Surveillance then followed the Kia to the area of South 24th Street and West Greenfield Avenue. Investigators observed the Kia stop on South 24th Street facing south. A truck carrying a trailer approached the Kia also headed south bound. Investigators observed the truck stop parallel to the Kia so that the passenger window of the truck and the driver window of the Kia were even with each other. Investigators observed a hand-to-hand transaction between the vehicles and then the Kia departed south on South 24th Street at a high rate of speed, when RIVERA-GONZALEZ had previously been driving at a normal pace. Because of his actions, investigators suspected that RIVERA-GONZALEZ noticed an undercover vehicle and drove away in that manner to elude law enforcement. At this time, surveillance was terminated.

43.     Based on the recent observations, historical information, knowledge provided by CS-1 and investigation, I suspect that RIVERA-GONZALEZ is using the maroon Kia Sportage bearing Wisconsin license plate AAW-4059—the subject vehicle—to conduct illegal drug transactions for the ESPADA DTO.

44.     Tracking the location of the subject vehicle will assist investigators with conducting undercover surveillance, identifying where new drug parcels are being delivered, and establishing a pattern of when RIVERA-GONZALEZ might be selling narcotics, where he is taking the drug proceeds, and also when and where he is resupplying himself with cocaine and heroin. Case agents believes that RENTAS-ESPADA and members of the ESPADA DTO are now using the subject vehicle to facilitate cocaine and heroin deals from Puerto Rico to Milwaukee and to conduct drug transactions in the Milwaukee area. Information about the location of the subject vehicles will also assist case agents in conducting physical surveillance of RENTAS-ESPADA and RIVERA-GONZALEZ's activities and identify the existence, scope, and acts in furtherance of the drug

conspiracy, along with other co-conspirators.

## AUTHORIZATION REQUEST

45.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 authorizing periodic monitoring of the tracking device during both daytime and nighttime hours for a period of 45 days following installation of the device. The tracking device may produce signals from inside private garages or other such locations not open to the public or visual surveillance.

46.     It is further requested that in the event that the subject vehicle travels outside the territorial jurisdiction of the court, the order authorize the continued monitoring of the electronic tracking device in any jurisdiction within the United States, pursuant to 18 U.S.C. § 3117.

47.     I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice for 30 days. This investigation is in its inception and is expected to remain covert at least until then, especially in light of RENTAS-ESPADA and RIVERA-GONZALEZ's efforts to avoid law enforcement detection. This delay is justified because there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705.  Providing immediate notice to the owner or user of the subject vehicle would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.  *See* 18 U.S.C. § 3103a(b)(1).  There is reasonable necessity for the use of the technique described above, for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).